**FILED
CLERK**

9/30/2021 12:15 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
MATIAS,

        Plaintiff(s),

  -against-

USA,

        Defendant(s).
-------------------------------------------------X

**RECUSAL ORDER**
CV 21-2513 & 16CR 586(GRB)()

The undersigned hereby recuses himself from this matter pursuant to 28 U.S.C. § 455 (a) and it is requested that the Clerk of the Court reassign this matter to a District Judge from the Long Island wheel.

SO ORDERED

Dated: Central Islip, New York
       9/30/2021

                                              /s/ Gary R. Brown
                                              GARY R. BROWN
                                              United States District Judge